# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Mitchell R. Elfers**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

September 8, 2023

United States District Court Clerk's Office
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

    Re:     **Judy Sellers**
    Your Case No: 4:14cr11-MW/CAS
    New Mexico Case No. **MJ 23-1365 JMR**

To Whom it May Concern:

    The above numbered case has been ordered removed to your District pursuant to a Commitment Order by this Court. **Judy Sellers** appeared in our district, waived identity, and was committed to your district for further proceedings.

    You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.nmd.uscourts.gov. Any documents not available electronically are enclosed in paper format.

    Please acknowledge receipt of this letter by returning the enclosed copy to this district.

    Sincerely,

    MITCHELL R. ELFERS
    Clerk of Court

    By: *N. Maestas*
    Deputy Clerk




Query    Reports    Utilities    Help    Log Out

# U.S. District Court
# United States District Court - District of New Mexico (Albuquerque)
# CRIMINAL DOCKET FOR CASE #: 1:23-mj-01365-JMR-1

Case title: USA v. Sellers

Date Filed: 09/01/2023

Other court case number: 4:14CR11-MW/CAS Northern District of Florida, Tallahassee Div

Assigned to: Magistrate Judge Jennifer M. Rozzoni

### Defendant (1)

**Judy Sellers**　　　　　　　represented by **Hadley Brown**
Federal Public Defender
District of New Mexico
111 Lomas Blvd
Ste 501
Albuquerque, NM 87102
505-346-2489
Email: hadley_brown@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts                                        ### Disposition
None

### Highest Offense Level (Opening)
None

### Terminated Counts                                     ### Disposition
None

### Highest Offense Level (Terminated)
None

### Complaints                                            ### Disposition
Petition & Warrant from the Norther District of Florida

## Plaintiff

| | |
|---|---|
| USA | represented by **Letitia Carroll Simms**<br>U.S. Attorney's Office<br>201 Third Street NW<br>Albuquerque, NM 87102<br>505-346-7274<br>Fax: 505-346-7296<br>Email: letitia.simms@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2023 | | Arrest (Rule 32) of Judy Sellers (kd) (Entered: 09/01/2023) |
| 09/01/2023 | 1 | NOTICE OF HEARING as to Judy Sellers: Initial Appearance - Rule 32.1 set for 9/5/2023 at 09:30 AM in Albuquerque - 320 Rio Grande Courtroom before Magistrate Judge Jennifer M. Rozzoni. (kd)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/01/2023) |
| 09/01/2023 | 2 | Rule 32 Documents Received as to Judy Sellers (kd) (Entered: 09/01/2023) |
| 09/05/2023 | | U.S. Probation and Pretrial Services added as interested party.(Rodriguez, George) (Entered: 09/05/2023) |
| 09/05/2023 | 3 | Clerk's Minutes for proceedings held before Magistrate Judge Jennifer M. Rozzoni: Initial Appearance in Rule 32.1 Proceedings as to Judy Sellers held on 9/5/2023 (Recording Info: RIO GRANDE @ 9:52 AM) (cl) (Entered: 09/05/2023) |
| 09/05/2023 | 4 | ORAL ORDER of Temporary Detention as to Judy Sellers by Magistrate Judge Jennifer M. Rozzoni<br><br>Identity/Detention Hearing for Rule 32.1 set for 9/7/2023 at 09:30 AM in Albuquerque - 320 Rio Grande Courtroom before Magistrate Judge Karen B. Molzen. (cl)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/05/2023) |
| 09/05/2023 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Hadley Brown for Judy Sellers by Magistrate Judge Jennifer M. Rozzoni (kd)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/05/2023) |
| 09/07/2023 | 7 | Clerk's Minutes for proceedings held before Magistrate Judge Karen B. Molzen: Identity/Detention Hearing for Rule 32.1 as to Judy Sellers held on 9/7/2023 (Recording Info: RIO GRANDE @ 9:37 AM) (cl) (Entered: 09/07/2023) |
| 09/07/2023 | 8 | COMMITMENT TO ANOTHER DISTRICT by Magistrate Judge Karen B. Molzen as to Judy Sellers. Defendant committed to District of Northern District of Florida.(cc's to USMS) (cl) (Entered: 09/07/2023) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 09/15/2023 07:32:45 |

| PACER Login:   | angie_maxwell  | Client Code:    |                    |
|----------------|----------------|-----------------|--------------------|
| Description:   | Docket Report  | Search Criteria:| 1:23-mj-01365-JMR  |
| Billable Pages:| 2              | Cost:           | 0.20               |
| Exempt flag:   | Exempt         | Exempt reason:  | Always             |

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

NDFL PS 8
(Rev 3/05)

# UNITED STATES DISTRICT COURT

for the

23-MJ-1365

Northern District Of Florida

U.S.A. vs. Judy Sellers                    Docket No. 1129 4:14cr11-MW/CAS

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel A. Campos, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Judy Sellers who was initially appeared by the Honorable Charles A. Stampelos on December 19, 2014, and placed under pretrial release supervision by the Northern District of Florida, before the Honorable Mark E. Walker, sitting in the court at Tallahassee, Florida, on January 27, 2015, under conditions, to include the following:

1. The defendant is to reside in her current residence and not travel beyond the Northern District of Florida unless prior authorization is received from her assigned officer.

2. Comply with all probation office directions, including Global Positioning System Monitoring.

3. Report as directed to her assigned U.S. Probation Officer.

4. Remain at all times at her current residence under home detention.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. On May 12, 2015, at approximately 1:34 p.m., the defendant tampered with her GPS location monitoring device and absconded from supervision as evidenced by this officer locating the tampered device on the side of the highway away from her residence.

2. On May 12, 2015, at approximately 8:30 p.m. the defendant was away from her residence without permission, as evidenced by this officer attempting to make contact with her at her residence, and she was not present, as also witnessed by Deputy Williams and Deputy Mayo of the Washington County Sheriff's Office.

3. The defendant failed to report to this officer as instructed through a GPS audio alert shortly after the bracelet was tampered with. She also failed to make herself available for supervision by not answering telephone calls made to her by this officer. She no longer resides at her approved residence and her current whereabouts are unknown.

REQUESTING THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 13, 2015

_____
Daniel A. Campos
United States Probation Officer

Place:    Panama City, Florida

THE COURT ORDERS
[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other:

Ordered __13__ day of __May__, 2015, and ordered filed and made part of the records in the above case.

_____
Mark E. Walker
United States District Judge

Warrant/Summons Issued:  5/13/15
                         Date                    Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

P\O #522-111

UNITED STATES OF AMERICA

VS

CASE NO. 4:14cr11-MW

JUDY GRACE SELLERS

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Judy Grace Sellers__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a

### Violation Notice

charging him or her with: Absconding

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | |
| Deputy Clerk: Pam Lourcey | May 13, 2015   Tallahassee |
| | Date and Location |
| Bail fixed at $_____ | by Mark E. Walker |
| and/or in accordance with Comprehensive Crime Control Act of 1984. | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jennifer M. Rozzoni

## Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 23mj1365 | UNITED STATES vs. Sellers | |
| Hearing Date: | 9/5/2023 | Time In and Out: | 9:52 am-10:01 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Judy Sellers | Defendant's Counsel: | Martin Juarez for Initial Only |
| AUSA: | Jon Stanford | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | Witness: | |

### Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant would like to proceed pro se
- ☒ Government moves to detain    ☐ Government does not recommend detention
- ☒ Set for Identity/Detention Hearing    on Thursday, September 07, 2023    @ 9:30 am

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds    ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives right to contest detention
- ☐

### Custody Status

- ☒ Defendant remanded to the custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐

# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Identity/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 23mj1365 | UNITED STATES vs. Sellers | |
| Hearing Date: | 9/7/2023 | Time In and Out: | 9:37 am-9:40 am, 10:52 am-11:49 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Judy Sellers | Defendant's Counsel: | Hadley Brown |
| AUSA: | Maria Stiteler | Pretrial/Probation: | George Rodriguez |
| Interpreter: | | Witness: | DUSMS Parker Smith |

## Initial Appearance

| | | | | |
|---|---|---|---|---|
| ☐ | Defendant received a copy of charging document | | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | | |
| ☐ | Defendant | | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention | |
| ☐ | Set for | on | | @ |

## Preliminary/Show Cause/Identity

| | | | | |
|---|---|---|---|---|
| ☐ | Defendant | | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause | |

## Detention

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☐ | |

## Custody Status

| | | |
|---|---|---|
| ☒ | Defendant to be transferred to charging district | |
| ☐ | Conditions | |

## Other

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to _____ for Final Revocation Hearing |
| ☒ | Court makes findings that the defendant is the same person charged in the Northern District of Florida |

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  23mj1365 |
| | ) | |
| Judy Sellers | ) | Charging District's |
| *Defendant* | ) | Case No.  4:14cr11-MW/CAS |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the     Northern     District of     Florida     ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:     9/7/2023

*Judge's signature*

Karen B. Molzen, US Magistrate Judge
*Printed name and title*