CASE NO. 4:14 CR11-MW-CAS

To: Judge Walker

Please forgive me for the informality of my contact method; but as you know, I'm a captive at the Washington County Jail, and my options are very limited.

First of all, I would like to thank you for the kindness, sincerity, and generosity that you extended towards me at the hearing of Feb. 12, 2024.

I need to clear up an issue of something that happened in the courtroom that day after you left.

When Judge Fitzpatrick entered the courtroom, I didn't "rise," and although I don't think it bothered him much, he did say something to the effect that if I did that in front of a jury, that they wouldn't take it too well.

I apologized and asked for forgiveness, (in case I offended him). But now I need to make a correction about that, and to inform you of my position in such matters.

I believe that to "rise," (as instructed by an officer of the court), when a judge enters the courtroom, is tantamount to "bowing" in obedience or servitude to a foreign entity; and as such would be a violation of the second commandment of scripture, as well as many verses that clearly state not to bow to, or serve, other Elohim, (i.e. Deut. 11:16, Josh. ch. 24, and 2 Chro 7:22). When the baliff says "all rise,"



FILED USDC FLND TL FEB 20 '24 PM 2:55

to do so would CLEARLY indicate one's submission to the man, (or woman), entering the courtroom, and subsequently to their "god." And although I do respect the authority given to judges, my faith compels me not to "rise" or "bow," (or otherwise consent), to servitude/obeisance of a foreign entity/god, (or even a man). (1 Cor. 7:23).

Therefore, I must inform you, Judge Walker, that during the "trial," when you enter the courtroom, even though I respect you, and your office, my faith, as well as my conscience, will not allow me to "rise."

With all that said, I would like to share something about the tradition of "all rise" when the judge is entering the courtroom. I was taught that the judge entered the courtroom with a "Holy Bible" in his hand, while holding it over his head; and that the people would "rise" to show their submission to the Holy Scriptures.

Thank you for taking the time to read my concerns.

Respectfully,
Judge Sellers
Servant of the Most High,
YaHuWaH Elohim Almighty

Judy Sellers
0000348104
c/o Washington County Jail
1100 Brickyard Rd.
Chipley, FL 32428

Legal Mail

PENSACOLA FL 325
15 FEB 2024 PM 2 L

US POSTAGE
$ 00.64
First-Class
Mailed From 32428
02/14/2024
032A 0061835446

Joseph Woodrow Hatchett
United States Courthouse and Federal Bld.
111 N. Adams St.
Tallahassee, FL 32301

Attn: Judge Mark Walker
Case No. 4:14 CR11-MW

FEB 2024
Legal Mail

32301-773699